8

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
ENTERED
APR 27 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

EEOC §
§
versus §   CIVIL ACTION B- 98-189
§
Yvenet Health Care §
§

## Scheduling Order

1. Trial: Estimated time to try: __4__ days.   ☐ Bench   ☒ Jury

2. New parties must be joined by: __6/30/99__

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: __10/29/99__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __12/1/99__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by: __12/30/99__

****************************************************************

7. Joint pretrial order is due: __01-18-2000__

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __02-03-2000__

   The case will remain on standby until tried.

9. Jury Selection: __02-08-2000 9AM__

Signed __April 22__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge