13

United States District Court
Southern District of Texas
ENTERED

JUL 2 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT  　　　　SOUTHERN DISTRICT OF TEXAS

EEOC  §
§
versus  §　　　CIVIL ACTION B- 98-189
§
Monet Health Care  §
§

### Order Re-Setting Conference

1.  A status conference will be held on:

    __10-07__, 1999

    at __1:30__ p.m.

    Courtroom, Third Floor
    United States Courthouse
    600 East Harrison Street, #306
    Brownsville, Texas 78520.

2.  To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.  Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.  The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed __July 21st__, 1999, at Brownsville, Texas.

_Hilda Tagle_
Hilda G. Tagle
United States District Judge