22

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. B-98-189 |
| TENET HEALTH CARE, LTD. d/b/a BROWNSVILLE MEDICAL CENTER | § § § | |
| Defendant. | § | |

## ORDER GRANTING UNOPPOSED MOTION
## FOR CONTINUANCE OF STATUS CONFERENCE

ON THIS DAY, came on to be heard the Unopposed Motion for Continuance of Status Conference, and the Court having heard said Motion is of the opinion and finds that said Motion should be in all things GRANTED.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the Unopposed Motion for Continuance of Status Conference be and the same is hereby GRANTED pursuant to the Order Re-Setting Order as set forth herein:

The status conference is re-set for __11-02__, 1999. at 10:00 AM.

SIGNED and ENTERED this __5__ day of __October__, 1999.

_____
HONORABLE HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE