30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 0 8 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | § § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-98-189 |
| | § | |
| TENET HEALTH CARE, LTD. d/b/a BROWNSVILLE MEDICAL CENTER, Defendant. | § § § § | |

**ORDER**

BE IT REMEMBERED that on December 7, 1999, the Court considered the joint motion to extend deadlines (Dkt. No. 29.). The motion is DENIED.

Done at Brownsville, Texas, this Seventh day of December 1999.

_____
Hilda G. Tagle
United States District Judge